Ex. No. 1044. STATE *v.* HENRY E. DOMINICK. Motion of defendant to assign denied without prejudice. Motion of plaintiff for an extension of time to January 2, 1971 within which to file a brief is granted. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

Ex. No. 1064. STATE *ex rel.* BURTON W. MOON *v.* GIRARD E. LUYTE. Motion of defendant to assign denied without prejudice. Motion of plaintiff for an extension of time to January 2, 1971 within which to file a brief is granted. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

Ex. No. 1093. STATE *ex rel.* EDWARD B. APTT *v.* DANIEL JAMGOCHIAN. Motion of defendant to assign denied without prejudice. Motion of plaintiff for an extension of time to January 2, 1971 within which to file a brief is granted. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

Ex. &c. No. 10,639. STATE *ex rel.* HAROLD W. LESTER *v.* RONALD J. RAPOSA. Motion of defendant to establish truth of exceptions is granted. *Herbert F. DeSimone,* Attorney General, *Scott K. Keefer,* Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.